■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JENNELL CARR, Appellant. [56 NYS3d 919]—Appeal from a judgment of the Supreme Court (Breslin, J.), rendered August 5, 2015 in Albany County, convicting defendant upon her plea of guilty of the crime of forgery in the second degree.

In satisfaction of an eight-count indictment, defendant pleaded guilty to forgery in the second degree. Pursuant to the plea agreement, defendant waived her right to appeal and executed a written waiver of appeal. She was sentenced within

the agreed-upon range to a prison term of 1²/₃ to 5 years and now appeals.

Appellate counsel seeks to be relieved of his assignment of representing defendant on the ground that there are no nonfrivolous issues to be raised on appeal. Based upon our review of the record and counsel's brief, we agree. Therefore, the judgment is affirmed and counsel's request for leave to withdraw is granted (*see People v Cruwys*, 113 AD2d 979, 980 [1985], *lv denied* 67 NY2d 650 [1986]; *see generally People v Stokes*, 95 NY2d 633 [2001]).

Peters, P.J., McCarthy, Devine, Clark and Mulvey, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.